Thomas *v.* The State. Petty *v.* The State.

Beck, P. J. 1. The evidence in both of the cases stated above was sufficient to authorize the verdict of guilty returned by the jury.

2. The other issues involved in each of these cases raising the question of

the constitutionality of certain statutes were discussed and decided adversely to the plaintiffs in error in the case of *Johnson* v. *State,* 169 *Ga.* 814 (152 S. E. 76).

> *Judgment affirmed. All the Justices concur, except* Russell, C. J., and Atkinson, J., who dissent upon the grounds stated in the dissenting opinion in *Johnson* v. *State,* supra.

Nos. 7360, 7370. April 18, 1930. Rehearing denied May 19, 1930.

*Pierce Brothers* and *L. L. Fleming,* for plaintiffs in error.
*George Hains, solicitor-general,* and *John M. Graham,* contra.

> *Judgment affirmed. All the Justices concur.*